# COMPLAINT
### (for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2020 JAN 29 A 10: 53
CLERK OF COURT

(Full name of plaintiff(s))

Reginald Pickett
12670 W Euclid Ave
New Berlin WI 53151

v.

(Full name of defendant(s))

Judge Caroll Jane
Circuit Judge Rm 514
County court house, Carmen
Ortiz Guardian Ad litem

Case Number: 20-C-0140

(to be supplied by Clerk of Court)

## A. PARTIES

1. Plaintiff is a citizen of __Milwaukee__ and resides at
   (State)
   __12670 W Euclid Ave__
   (Address)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Judge Carroll Jane (V), Carmen Ortiz Guardian ad litem, and Bonita Pickett (Daughter)__ (Name)
   is (if a person or private corporation) a citizen of ____

(State, if known)
and (if a person) resides at _____
(Address, if known)
and (if the defendant harmed you while doing the defendant's job)

worked for _Works and milw county court house._
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Reginald Pickett - Plantiff and defendants 1) Judge Carroll Jane, Carmen Ortiz Attorney Appointed by Court as Guardian Ad Litem. (Judge Carroll Jane violated my Rights to Free Speech under the United States of America under the Code of the (First Amendment. Judge Carroll Constantly cuts me off when she asked me do I have Anything to Say, Concerning the ongoing Suspected facts she proposes towards me in this Case.

Complaint – 2

The Judge didn't allow for discovery to be initiated in this case. The [mom] is being represented by the GAL in this case in violation of the law. The GAL is not trying to look out for the best interest of the child. Also the Judge is violating my right to obtain counsel for this trial court. It was stipulated by the GAL to proceed with the trial against my right to counsel. It was stated i had plenty of times to get an attorney, that i said i was going to retain one for the earlier part of the case, and didn't seek it on no circumstance. for the GAL satisfaction

C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Laws were violated by Judge Carrol. the GAl violated many rules of the court, starting from the beginning of case. The GAl Allowed me to have my child, yet I was being Accuse of Assaulting my daugter. I will bring forth the transcripts for proof of failing to properly follow the Law. hearsay was implemented is this case no facts presented by gAl I will Like An order sent to Judge Carrol to evaluate cases with primary Authority not persuasive Authority to stop violateing constitutional Rights, Judge, GAL

Complaint - 4
Case 2:20-cv-00140-NJ  Filed 01/29/20  Page 4 of 5  Document 1

E.  JURY DEMAND

I want a jury to hear my case.

☑ – YES    ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this 29 day of January 20 20.

Respectfully Submitted,

*Reginald Pickett*
Signature of Plaintiff

*Reginald Pickett*
Plaintiff's Telephone Number

(414) 552-9361

Plaintiff's Email Address

ReggiePickett83@gmail.com

12670 W Euclid Ave New Berlin WI (53151)
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☑ I DO request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I DO NOT request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.